A11A0695. PRESCOTT v. THE STATE.
(726 SE2d 599)

McFADDEN, Judge.

In *Prescott v. State*, 309 Ga. App. 541 (710 SE2d 672) (2011), we reversed Richard Jerome Prescott's child molestation conviction. In Division 1 of the opinion, we held that competent testimony proved the victim's age, but in Division 2, we held that the state failed to prove venue. The Supreme Court granted certiorari and, in *State v. Prescott*, 290 Ga. 528 (722 SE2d 738) (2012), reversed our judgment, holding that the evidence, albeit circumstantial, was sufficient to prove venue beyond a reasonable doubt. Therefore, Division 2 of our opinion and our judgment in *Prescott*, 309 Ga. App. 541, is vacated, the judgment of the Supreme Court is made the judgment of this court, and Prescott's conviction is affirmed.

*Judgment affirmed. Phipps, P. J., and Andrews, J., concur.*

DECIDED MARCH 22, 2012.

■■■■■■

*Robert L. Persse, Stuart H. Patray, William D. Hoffer*, for appellant.

*Richard A. Mallard, District Attorney, Keith A. McIntyre, Assistant District Attorney*, for appellee.